UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BARBARA HAMILTON

Defendant.

07 Mj. 395

NOTICE OF CHANGE OF FIRM, PHONE AND EMAIL

    PLEASE BE ADVISED that the following contact information for Harvey Fishbein, Esq.:

    Harvey B. Fishbein, Esq.
    Gould Reimer Walsh Goffin Cohn, LLP
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    HFishbein@gfrglawfirm.com

is incorrect and should read:

    Harvey Fishbein, Esq.
    Fishbein McConnell, LLP
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    Fishbein@fmlawny.com

Dated: New York, NY
       March 21, 2007

_____
Harvey Fishbein, Esq.
Fishbein McConnell, LLP
Attorney for the Defendant
61 Broadway, Suite 1601
New York, NY 10006
212-233-9555