JUDGE RAKOFF
JUL 0 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

          v.                      :     07 CRIM. 608

BARBARA HAMILTON,                 :

          Defendant.              :

- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1. From in or about June 2002, through in or about June 2003 in the Southern District of New York and elsewhere, BARBARA HAMILTON, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 8, United States Code, Section 1325(c).

2. It was a part and an object of the conspiracy that BARBARA HAMILTON, the defendant, and others known and unknown, unlawfully, willfully and knowingly, would and did enter into and cause others to enter into a marriage for the purpose of evading provisions of the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

3. In furtherance of the conspiracy and to effect the illegal object thereof, BARBARA HAMILTON, the defendant, and others known and unknown, committed the following overt acts,

among others, in the Southern District of New York and elsewhere:

    a.   On or about June 22, 2002, HAMILTON drove a co-conspirator not named as a defendant herein to Yonkers, New York.

    b.   On or about July 10, 2002, HAMILTON drove a co-conspirator not named as a defendant herein to Yonkers, New York.

    c.   On or about July 11, 2002, HAMILTON drove a co-conspirator not named as a defendant herein to Yonkers, New York.

    d.   On or about September 10, 2002, HAMILTON drove a co-conspirator not named as a defendant herein to Mamaroneck, New York.

(Title 18, United States Code, Section 371.)

**COUNT 2**

The Grand Jury further charges:

4.   On or about December 29, 2004, in the Southern District of New York and elsewhere, BARBARA HAMILTON, the defendant, knowingly made under oath and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, and knowingly subscribed as true, false statements with respect to material facts in applications, affidavits and other documents required by the immigration laws and regulations prescribed thereunder, and knowingly presented such applications, affidavits, and other documents which contained such false statements and which failed to contain any reasonable basis in law and fact, to wit, HAMILTON filed with the United States

2

Department of Homeland Security, U.S. Citizenship and Immigration Services a Form I-130, Petition for Alien Relative, on behalf of Muhammad Riaz, and a Form G-325A, Biographic Information, containing false information concerning her marriage and residence.

    (Title 18, United States Code, Section 1546.)

_____      _____
FOREPERSON                         MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BARBARA HAMILTON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 371 and 1546)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Post 11/87

RC
7/3/07

Indictment filed, case assigned to
Judge Rakoff.

Maas, USMJ