```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA         :
                                      STIPULATION AND ORDER
            -v-                  :
                                      07 Cr. 608 (JSR)
BARBARA HAMILTON,                :    07 Mag. 395

            Defendant.           :
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

WHEREAS, at a hearing in this matter on July 5, 2007 before Magistrate Judge Frank Maas, it was apparent to the Government and defense counsel that the defendant is suffering serious health problems, and medical attention was ordered by the Court; and

WHEREAS, the Government is preparing discovery and the parties have been in discussions as to the disposition of this matter,

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1.  The defendant's arraignment and the initial pretrial conference is continued until July 20, 2007, at 3:00 p.m.

2.  The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit time for the defendant's health to stabilize, it will permit the Government to prepare discovery material, and it will permit BARBARA HAMILTON and her counsel, Harvey Fishbein, Esq., to review the discovery material and determine whether BARBARA HAMILTON wishes to make motions.

3. The time between July 5, 2007, and July 20, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:   New York, New York
         July 5, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                  By: _____
                         JOHN P. CRONAN
                         Assistant U.S. Attorney

Dated:   New York, New York
         July 5, 2007

                         _____
                         Harvey Fishbein, Esq.
                         Attorney for Barbara Hamilton

So Ordered:

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
7-5-07